No. 807. UNITED RAILWAYS COMPANY OF ST. LOUIS ET AL., APPELLANTS, *v.* THE CITY OF ST. LOUIS. Appeal from the Circuit Court of the United States for the Eastern District of Missouri. Motion to dismiss submitted

May 1, 1911. Decided May 15, 1911. Dismissed for want of jurisdiction. *Mr. H. S. Priest* for the appellants. *Mr. Lambert E. Walther* for the appellee.

